Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-125P |
| Plaintiff, ) | |
| v. ) | |
| REGINALD MCLENDEN, ) | ORDER CONTINUING TRIAL DATE |
| Defendant. ) | |

THIS MATTER comes before the Court on a stipulated motion of the government and defendant REGINALD MCLENDEN to continue the trial date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. Defendant MCLENDEN was recently added as a defendant to this case on September 13, 2006, approximately five months after the case was initially charged. At that time, the trial date was already set for October 10, 2006. Defendant MCLENDEN needs additional time to review disocvery and prepare for trial. The codefendant RYAN BROWN has entered a plea of guilty, and therefore is not prejudiced by a continuance of MCLENDON's trial date.

The Court therefore finds that the interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice.

Order Continuing Trial
MCLENDEN/CR06-125P –1

IT IS NOW, THEREFORE, ORDERED that trial of defendant REGINALD MCLENDEN be continued to December 11, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

Dated this 13th day of October, 2006.

/S/Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

s/ Lee Covell
Telephonically approved 10/4/06

Order Continuing Trial
MCLENDEN/CR06-125P –2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970